JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTEN M. DIXON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 17-1837-KK<br><br>JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: May 14, 2018

*/s/ Kenly Kiya Kato*
_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge